UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES MURPHY,

          Plaintiff,

- against -

PEACE OUT, LLC,

          Defendant.

---

24-cv-9463 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **March 12, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            December 6, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge